# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2026-2113

**Short Case Caption:** Wolverine Barcode IP LLC v. Albertsons Cos. Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

| | |
|---|---|
| **Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted. | |
| Albertsons Companies, Inc. | |
| **Principal Counsel:** Matthew S. Warren | Admission Date: 08/15/2014 |
| Firm/Agency/Org.: Warren LLP | |
| Address: 2261 Market Street, No. 606, San Francisco, California, 94114 | |
| Phone: +1 (415) 895-2940 | Email: matt@warrenllp.com |
| **Other Counsel:** Madeline A. Woodall | Admission Date: 08/01/2024 |
| Firm/Agency/Org.: Warren LLP | |
| Address: 2261 Market Street, No. 606, San Francisco, California, 94114 | |
| Phone: +1 (415) 895-2940 | Email: madeline@warrenllp.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 8/18/26

Signature: [signature]

Name: Matthew S. Warren

FORM 30. Certificate of Service

Form 30
July 2020

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 2026-2113

**Short Case Caption** Wolverine Barcode IP LLC v. Albertsons Cos. Inc.

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 08/18/2026

by ☑ U.S. Mail ☐ Hand Delivery ☐ Email ☐ Facsimile
☐ Other: ______

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Wolverine Barcode IP LLC | William P. Ramey, III, Ramey LLP<br>446 Heights Boulevard, Suite 200, Houston, Texas, 77007 |
| | |
| | |
| | |
| | |

☐ Additional pages attached.

Date: 08/18/2026

Signature: /Madeline A. Woodall/ (signature)

Name: Madeline A. Woodall