FORM 26. Docketing Statement

Form 26
December 2025

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026-2113

**Short Case Caption:** Wolverine Barcode IP LLC v. Albertsons Cos. Inc.

**Filing Party** Albertsons Companies, Inc.

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Whether the District Court correctly determined that U.S. Patent No. 9,280,689 is ineligible for patent protection under 35 U.S.C. § 101, and whether Appellant's Complaint failed to state a claim upon which relief could be granted.

Relief awarded below (if damages, specify): ☐ None/Not Applicable

Dismissal with prejudice of Appellant's action and entry of judgment for Appellee.

Briefly describe the judgment/order appealed from:

The District Court granted Appellee's motion to dismiss, dismissed Appellant's action with prejudice, and entered judgment for Appellee.

Nature of Judgment (select one:)

Date of Judgment: July 9, 2026

- ☒ Final Judgment, 28 USC § 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type) ____________________
- ☐ Other (explain) ____________________

Date: August 18, 2026

Signature: [signature]

Name: Matthew S. Warren

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 2026-2113

**Short Case Caption** Wolverine Barcode IP LLC v. Albertsons Cos. Inc.

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 08/18/2026

by ☑ U.S. Mail ☐ Hand Delivery ☐ Email ☐ Facsimile
☐ Other: ______________________

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Wolverine Barcode IP LLC | William P. Ramey, III, Ramey LLP<br>446 Heights Boulevard, Suite 200, Houston, Texas, 77007 |
| | |
| | |
| | |
| | |

☐ Additional pages attached.

Date: 08/18/2026

Signature: /Madeline A. Woodall/ [signature]

Name: Madeline A. Woodall