# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026-2113

**Short Case Caption:** Wolverine Barcode IP LLC v. Albertsons Cos. Inc.

**Filing Party** Wolverine Barcode IP LLC

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

1) District Court's ruling on 35 U.S.C. § 101, validity of U.S. Patent No. 9,280,689; and
2) Failure to state a claim which relief could be granted

Relief awarded below (if damages, specify): ☐ None/Not Applicable

Reversal of Judgment

Briefly describe the judgment/order appealed from:

Judgment and Order Granting Motion to Dismiss under 35 U.S.C. § 101, validity of U.S. Patent No. 9,280,689

Nature of Judgment (select one:) Date of Judgment: July 9, 2026

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) ______________
☐ Other (explain) ______________

Date: 08/18/2026

Signature: /s/ William P. Ramey, III

Name: William P. Ramey III